BEFORE THE THIRD DIVISION, DECEMBER 6, 1965

No. 69667.—Genesco Import Company *v.* United States, protests 64/10411, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise was manufactured in the United States and returned to the United States from abroad without having been advanced in value or improved in condition and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained.   *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), followed.